the District Court of the United States for the District of Minnesota. Argued for appellant March 21, 1919. Decided March 24, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 6 of the Act of September 6, 1916, c. 448, 39 Stat. 726, 727. *Mr. Harris Richardson* for appellant. *Mr. John I. Dille* and *Mr. John O. P. Wheelwright* for appellees.

---

No. 272. NEELY POWERS, TRUSTEE, ETC., *v.* SCOTT COUNTY MILLING COMPANY. Error to the Supreme Court of the State of Mississippi. Submitted March 21, 1919. Decided March 24, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. James N. Flowers* and *Mr. William H. Watkins* for plaintiff in error. *Mr. Robert H. Thompson* and *Mr. George Butler* for defendant in error.

---

No. 261. CHESAPEAKE & OHIO COAL & COKE COMPANY *v.* TOLEDO & OHIO CENTRAL RAILWAY COMPANY. Error to the Circuit Court of Appeals for the Fourth Circuit. Argued for plaintiff in error March 20, 1919. Decided March 24, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 128 of the Judicial Code; *Stevenson v. Fain*, 195 U. S. 165, 166; *Hull v. Burr*, 234 U. S. 712, 720; *St. Anthony Church v. Pennsylvania R. R. Co.*, 237 U. S. 575, 577; *Delaware, Lackawanna & Western R. R. Co. v. Yurkonis*, 238 U. S. 439, 444. *Mr. Buckner Clay*, with whom *Mr. George E. Price* was on the brief, for plaintiff in error. *Mr. E. W. Knight* for defendant in error.